# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOVERNOR M. JODI RELL, in her official capacity as Governor of the State of Connecticut, and STATE OF CONNECTICUT, CHRISTOPHER J. DODD, JOSEPH I. LIEBERMAN, UNITED STATES SENATORS and JOHN B. LARSON, UNITED STATES REPRESENTATIVE<br>*Plaintiffs,*<br><br>v.<br><br>DONALD RUMSFELD, in his official capacity as Secretary of Defense, THE DEFENSE BASE CLOSURE AND REALIGNMENT COMMISSION, and ANTHONY J. PRINCIPI, in his official capacity as Chairman of the the Defense Base Closure and Realignment and Commission, and JAMES H. BILBRAY, PHILIP COYLE, HAROLD W. GEHMAN, JR., JAMES V. VINSON, JAMES T. HILL, LLOYD W. NEWTON, SAMUEL K. SKINNER, and SUE E. TURNER, in their official capacities as members of the Defense Base Closure and Realignment Commission<br>*Defendants.* | CIVIL ACTION NO.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>August 29, 2005 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the plaintiffs, Governor M. Jodi Rell, in her capacity as Governor of the State of Connecticut, the State of Connecticut, Christopher J. Dodd, Joseph I. Lieberman, United States Senators and John B. Larson, United States Representative, in the above-captioned case.

Dated at Hartford, Connecticut, this 29th day of August, 2005.

        PLAINTIFFS,
        M. JODI RELL, GOVERNOR OF
        CONNECTICUT,
        THE STATE OF CONNECTICUT,
        CHRISTOPHER J. DODD, JOSEPH I.
        LIEBERMAN, UNITED STATES
        SENATORS and JOHN B. LARSON,
        UNITED STATES REPRESENTATIVE

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Perry Zinn Rowthorn
        Assistant Attorney General
        Federal Bar No. ct19749
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5020
        Fax: (860) 808-5347
        Perry.Zinn-Rowthorn@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 29th day of August, 2005 to:

All Defendants c/o:

Kevin J. O'Connor
United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT  06103

and

Alberto J. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Perry Zinn Rowthorn
Assistant Attorney General
Federal Bar No. ct19749
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Perry.Zinn-Rowthorn@po.state.ct.us

3