## SUPPLEMENTAL RETURN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 3:05CV1363 AVC

**Governor M. Jodie Rell, in her official capacity as
Governor of the State of Connecticut, et al**

vs

**Donald Rumsfeld, in his official capacity as Secretary
Of Defense, et al**

Afterwards I received the return receipt hereto annexed (**Alberto Gonzales, Attorney General**)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>SEP 0 6 2005 |
| 1. Article Addressed to:<br>Alberto J. Gonzales<br>Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C.<br>20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| Article Number (Transfer from service label) | 7005 0390 0001 1080 3953 |
| Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

ATTEST:

_[signature]_
NANCY F. MARINO
STATE MARSHAL
HARTFORD COUNTY

**SUPPLEMENTAL RETURN**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 3:05CV1363 AVC

**Governor M. Jodie Rell, in her official capacity as
Governor of the State of Connecticut, et al**

vs

**Donald Rumsfeld, in his official capacity as Secretary
Of Defense, et al**

Afterwards I received the return receipt hereto annexed. **(2005 Defense Base Closure and Realignment Commission)**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: X *Marcy Reborchick* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Marcy Reborchick  C. Date of Delivery: 9/1/05<br>D. Is delivery address different from item 1? ☐ Yes ☐ No  If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>2005 Defense Base Closure<br>and Realignment Commission<br>2521 S. Clark St., Ste 600<br>Arlington, VA 22202 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0001 1080 3960 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

ATTEST:

*Nancy F. Marino*
NANCY F. MARINO
STATE MARSHAL
HARTFORD COUNTY

# SUPPLEMENTAL RETURN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 3:05CV1363 AVC

**Governor M. Jodie Rell, in her official capacity as Governor of the State of Connecticut, et al**

vs

**Donald Rumsfeld, in his official capacity as Secretary Of Defense, et al**

Afterwards I received the return receipt hereto annexed. (**Anthony J. Principi, Chairman**)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _Marcy Osborchick_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) _Marcy Osborchick_   C. Date of Delivery 9/1/05 |
| 1. Article Addressed to:<br><br>Anthony J. Principi, Chairman<br>2005 Defense Base Closure<br>and Realignment Commission<br>2521 S. Clark St., Ste. 600<br>Arlington, VA  22202 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0001 1080 3977 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

ATTEST:

_Nancy F. Marino_
NANCY F MARINO
STATE MARSHAL
HARTFORD COUNTY

## SUPPLEMENTAL RETURN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 3:05CV1363 AVC

**Governor M. Jodie Rell, in her official capacity as
Governor of the State of Connecticut, et al**

vs

**Donald Rumsfeld, in his official capacity as Secretary
Of Defense, et al**

---

Afterwards I received the return receipt hereto annexed. **(James H. Bilbray, Member)**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Marcy Deborchuck_   □ Agent  □ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Marcy Reborchick   9/1/05 |
| 1. Article Addressed to:<br><br>James H. Bilbray, Member<br>2005 Defense Base Closure<br>and Realignment Commission<br>2521 S. Clark St., Ste 600<br>Arlington, VA  22202 | D. Is delivery address different from item 1?  □ Yes<br>   If YES, enter delivery address below:  □ No<br><br>3. Service Type<br>☒ Certified Mail   □ Express Mail<br>□ Registered   □ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0001 1080 3991 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

ATTEST:

_Nancy F. Marino_
NANCY F. MARINO
STATE MARSHAL
HARTFORD COUNTY

## SUPPLEMENTAL RETURN

<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF CONNECTICUT</u>

CASE NUMBER: 3:05CV1363 AVC

**Governor M. Jodie Rell, in her official capacity as**
**Governor of the State of Connecticut, et al**

vs

**Donald Rumsfeld, in his official capacity as Secretary**
**Of Defense, et al**

Afterwards I received the return receipt hereto annexed. (**James V. Vinson, Member**)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *Marcy Reborchick* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Marcy Reborchick*   C. Date of Delivery 9/1/05<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>James V. Vinson, Member<br>2005 Defense Base Closure<br>and Realignment Commission<br>2521 S. Clark St., Ste 600<br>Arlington, VA 22202 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0002 6768 9981 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

ATTEST:

*Nancy F Marino*
NANCY F. MARINO
STATE MARSHAL
HARTFORD COUNTY

## SUPPLEMENTAL RETURN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 3:05CV1363 AVC

**Governor M. Jodie Rell, in her official capacity as
Governor of the State of Connecticut, et al**

vs

**Donald Rumsfeld, in his official capacity as Secretary
Of Defense, et al**

Afterwards I received the return receipt hereto annexed. **(Philip Coyle, Member)**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: X *Marcy Deborchuk* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Marcy Deborchuk  C. Date of Delivery: 9/1/05<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |
| 1. Article Addressed to:<br><br>Philip Coyle, Member<br>2005 Defense Base Closure<br>and Realignment Commission<br>2521 S. Clark St., Ste 600<br>Arlington, VA 22202 | 3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0001 1080 3984 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

ATTEST:

*Nancy F. Marino*
NANCY F. MARINO
STATE MARSHAL
HARTFORD COUNTY

## SUPPLEMENTAL RETURN

<u>UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT</u>

CASE NUMBER: 3:05CV1363 AVC

**Governor M. Jodie Rell, in her official capacity as
Governor of the State of Connecticut, et al**

**vs**

**Donald Rumsfeld, in his official capacity as Secretary
Of Defense, et al**

Afterwards I received the return receipt hereto annexed. **(Lloyde W. Newton, Member)**

[USPS Domestic Return Receipt, PS Form 3811, February 2004]

- Article Addressed to:
  Lloyd W. Newton, Member
  2005 Defense Base Closure
  and Realignment Commission
  2521 S. Clark St., Ste 600
  Arlington, VA 22202

- Signature: Marcy [illegible]
- Received by (Printed Name): Marcy Neborchick
- Date of Delivery: 9/1/05
- Article Number: 7005 0390 0002 6769 0000

ATTEST:

_Nancy F Marino_
NANCY F MARINO
STATE MARSHAL
HARTFORD COUNTY

## SUPPLEMENTAL RETURN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 3:05CV1363 AVC

**Governor M. Jodie Rell, in her official capacity as
Governor of the State of Connecticut, et al**

vs

**Donald Rumsfeld, in his official capacity as Secretary
Of Defense, et al**

Afterwards I received the return receipt hereto annexed  **(Samuel K. Skinner, Member)**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Marcy Reborchick_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Marcy Reborchick_  C. Date of Delivery _9/1/05_ |
| 1. Article Addressed to:<br><br>Samuel K. Skinner, Member<br>2005 DefenseBase Closure<br>and Realignment Commission<br>2521 S. Clark St., Ste. 600<br>Arlington, VA  22202 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0002 6768 9950 |
| PS Form 3811, February 2004 | Domestic Return Receipt          102595-02-M-1540 |

ATTEST:

_Nancy F. Marino_
NANCY F. MARINO
STATE MARSHAL
HARTFORD COUNTY

# SUPPLEMENTAL RETURN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CASE NUMBER: 3:05CV1363 AVC

**Governor M. Jodie Rell, in her official capacity as Governor of the State of Connecticut, et al**

vs

**Donald Rumsfeld, in his official capacity as Secretary Of Defense, et al**

Afterwards I received the return receipt hereto annexed. **(Sue E. Turner, Member)**

[Domestic Return Receipt PS Form 3811, addressed to: Sue E. Turner, Member, 2005 Defense Base Closure and Realignment Commission, 2521 S. Clark St., Ste. 600, Arlington, VA 22202. Signed by Marcy Reborchick, 9/11/05. Certified Mail. Article Number: 7005 0390 0002 6768 9943.]

ATTEST:

_Nancy F. Marino_
NANCY F. MARINO
STATE MARSHAL
HARTFORD COUNTY

## SUPPLEMENTAL RETURN

<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF CONNECTICUT</u>

CASE NUMBER: 3:05CV1363 AVC

**Governor M. Jodie Rell, in her official capacity as**
**Governor of the State of Connecticut, et al**

vs

**Donald Rumsfeld, in his official capacity as Secretary**
**Of Defense, et al**

Afterwards I received the return receipt hereto annexed. (**Harold W. Gehman, Jr., Member**)

[Domestic Return Receipt – PS Form 3811, February 2004]

Article Addressed to:
Harold W. Gehman, Jr., Member
2005 Defense Base Closure and Realignment Commission
2521 S. Clark St., Ste 600
Arlington, VA 22202

Article Number: 7005 0390 0002 6768 997

Received by: Marcy Reborchick
Date of Delivery: 9/1/05

ATTEST:

NANCY F. MARINO
STATE MARSHAL
HARTFORD COUNTY

# SUPPLEMENTAL RETURN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 3:05CV1363 AVC

**Governor M. Jodie Rell, in her official capacity as Governor of the State of Connecticut, et al**

vs

**Donald Rumsfeld, in his official capacity as Secretary Of Defense, et al**

---

Afterwards I received the return receipt hereto annexed. **(James T. Hill, Member)**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X  Marcy Reborchick  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Marcy Reborchick   C. Date of Delivery 9/1/05 |
| 1. Article Addressed to:<br><br>James T. Hill, Member<br>2005 Defense Base Closure and Realignment Commission<br>2521 S. Clark St., Ste 600<br>Arlington, VA  22202 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0002 6768 9998 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

ATTEST:

*Nancy F. Marino*
NANCY F. MARINO
STATE MARSHAL
HARTFORD COUNTY